ORIGINAL

bennylengind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BENNY LAW BOON LENG and ) <br> LAW LI MEI, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00055 <br><br> **INDICTMENT** <br><br> FALSE USE OF A PASSPORT <br> [18 U.S.C. § 1543] <br> (Counts I and II) |

THE GRAND JURY CHARGES:

COUNT I - FALSE USE OF A PASSPORT

On or about June 15, 2005, within the District of Guam and elsewhere, the defendants herein, BENNY LAW BOON LENG and LAW LI MEI, did willfully and knowingly furnish to another for use a false, forged, counterfeited, and altered passport and document purporting to be a passport, to-wit: by giving Shan Chen a Malaysian passport, number A24899020, in the name Benny Law Boon Leng, the defendants intending that said Shan Chen use this passport to enter the United States,

ALL IN VIOLATION of Title 18, United States Code, §§ 2 and 1543.

## COUNT II - FALSE USE OF A PASSPORT

On or about June 15, 2005, within the District of Guam and elsewhere, the defendants herein, BENNY LAW BOON LENG and LAW LI MEI, did willfully and knowingly furnish to another for use a false, forged, counterfeited, and altered passport and document purporting to be a passport, to-wit: by giving Bing Qing Lin a Malaysian passport, number A01067715, in the name Li Mei Law, the defendants intending that said Bing Qing Lin use this passport to enter the United States,

ALL IN VIOLATION of Title 18, United States Code, §§ 2 and 1543.

Dated this 29th day of June, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

- 2 -

Case 1:05-cr-00055    Document 1    Filed 06/29/2005    Page 2 of 2