IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. CR-05-00055      DATE: 09/22/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded:** 11:39:20 - 11:53:27    CSO: J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** __BENNY LAW BOON LENG__     **ATTY:** __JOHN GORMAN__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT:** __LAW LI MEI__     **ATTY:** __JOAQUIN C. ARRIOLA, JR.__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON     AGENT:
U.S. PROBATION: MARIA CRUZ     U.S. MARSHAL: S. LUJAN
INTERPRETER: __FOO MEE CHUN CLINARD, Previously sworn__    LANGUAGE: __CHINESE__

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) ATTORNEYS APPOINTED: *FEDERAL PUBLIC DEFENDER FOR BENNY LAW BOON LENG*
                         *JOAQUIN C. ARRIOLA, JR. FOR LAW LI MEI*
( X ) DEFENDANTS SWORN AND EXAMINED:
     *BENNY LAW BOON LENG*     SCHOOL COMPLETED: __8 YEARS__
     *LAW LI MEI*     SCHOOL COMPLETED: __6 YEARS__
( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
     DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEAS ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: __CHARGES CONTAINED IN THE INDICTMENT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: __NOVEMBER 21, 2005 at 9:30 A.M.__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*

( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

__Defense counsel had nothing to offer at this time. The Court detained the Defendants pursuant to the pretrial service report recommendation.__