
**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**BENNY LAW BOON LEN**<br>**and LAW LI MEI,**<br><br>Defendants. | CRIMINAL CASE NO. **05-00055**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **BENNY LAW BOON LEN** and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **LAW LI MEI** in the above-entitled case.

Dated this 22nd day of September, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM