AO 442 (Rev. 10/03) Warrant for Arrest

U.S. MARSHALS-GUAM
RECEIVED
29 JUN 2005 14:00:01

# UNITED STATES DISTRICT COURT

District of     GUAM

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | Case Number: CR-05-00055-001 |
| BENNY LAW BOON LENG | |

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **BENNY LAW BOON LENG**
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FALSE USE OF A PASSPORT (COUNT 1 and 2)**

in violation of Title   **18**   United States Code, Section(s)   **1543**

| MARILYN B. ALCON | *[signature]* Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/29/2005     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Guam International Airport

| DATE RECEIVED<br>06-29-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Walter Gray, TFA (SDN~) | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE OF ARREST<br>07-21-05 | | |