# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Benny Law Boon Leng, et al., <br><br> Defendant. | Case No. 1:05-cr-00055 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order and Order of Detention filed September 22, 2005,* on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* |
| *September 23, 2005* | *September 23, 2005* | *September 23, 2005* |
| *U.S. Probation Office* | *U.S. Marshal Service* | |
| *September 23, 2005* | *September 23, 2005* | |
| ***(Detention Order Only)*** | ***(Detention Order Only)*** | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order and Order of Detention filed September 22, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 23, 2005        /s/ Marilyn B. Alcon
                                                      Deputy Clerk