JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BENNY LAW BOON LENG

**FILED**
DISTRICT COURT OF GUAM
OCT - 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00055 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER SETTING** |
| | ) | **CHANGE OF PLEA HEARING** |
| BENNY LAW BOON LENG, | ) | |
| Defendant. | ) | |

The Notice of Intent to Change Plea and Request for Hearing is Hereby Approved and So Ordered. The change of plea hearing shall be set for **Friday, October 7, 2005 at 9:45 a.m.**

DATED: Hagatna, Guam, October 6, 2005.

HON. JOAQUIN V. E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

**ORIGINAL**