IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00055  DATE: 10/07/2005

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:59:14 - 10:23:25

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** BENNY LAW BOON LENG
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.

**ATTY:** JOHN GORMAN
(X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON

**AGENT:**

**U.S. PROBATION:** JUDY OCAMPO

**U.S. MARSHAL:** G. PEREZ

**INTERPRETER:** FOO MEE CHUN CLINARD, Previously sworn

**LANGUAGE:** CHINESE

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: 39  HIGH SCHOOL COMPLETED: 8 YEARS
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: COUNTS I & II
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: NO WRITTEN PLEA AGREEMENT ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

(X) SENTENCING DATE: NOVEMBER 7, 2005 at 9:00 A.M. ( ) STATUS HEARING:_____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: WITHIN THREE WEEKS
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant entered his plea of guilty without a written plea agreement. The Court executed the report and recommendation concerning defendant's plea of guilty. Counsel requested an expedited sentencing date. No objection. GRANTED.