# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Benny Law Boon Leng, <br><br> Defendant. | Case No. 1:05-cr-00055 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge, filed on October 7, 2005 and the Report and Recommendation Concerning Pleas of Guilty in a Felony Case, filed on October 7, 2005*, on the dates indicated below:

| | |
|---|---|
| *U.S. Attorney's Office* | *Federal Public Defender* |
| *October 11, 2005* | *October 11, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge, filed on October 7, 2005 and the Report and Recommendation Concerning Pleas of Guilty in a Felony Case, filed on October 7, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005                                    /s/ Virginia T. Kilgore
                                                                            Deputy Clerk