JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
BENNY LAW BOON LENG

**FILED**

DISTRICT COURT OF GUAM

OCT 26 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00055 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S ADOPTION OF |
| | ) | PRESENTENCE REPORT AND |
| vs. | ) | SENTENCING RECOMMENDATION |
| | ) | |
| BENNY LAW BOON LENG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Benny Law Boon Leng, by and through counsel, Kim Savo, Assistant

Federal Public Defender, hereby adopts the presentence report and concurs in the probation

officer's recommendation of a sentence of time-served.

DATED: Mongmong, Guam, October 26, 2005.

KIM SAVO
Attorney for Defendant
BENNY LAW BOON LENG

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the

foregoing document was duly mailed and/or hand-delivered to the following on October 26,

2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam   96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

JUDY ANNE OCAMPO
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, October 26, 2005.

ALEXANDER A. MODABER
Investigator

KIM SAVO
Attorney for Defendant
Benny Law Boon Leng