FILED
DISTRICT COURT OF GUAM
OCT 31 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　vs.<br><br>BENNY LAW BOON LENG,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00055<br><br>**ACCEPTANCE OF PLEAS OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts I and II of an Indictment charging him with False Use of Passport, in violation of 18 U.S.C. § 1543, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 31 day of October 2005.

　　　　　　　　　　　　　　　　　　　WILLIAM H. ALSUP*
　　　　　　　　　　　　　　　　　　　District Judge

---

* The Honorable William H. Alsup, United States District Judge for the Northern District of California, sitting by designation.