| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Benny Law Boon Leng, <br><br> Defendant. | Case No. 1:05-cr-00055 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order on Report and Recommendation filed October 31, 2005,* on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*November 1, 2005*                *November 1, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order on Report and Recommendation filed October 31, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 2, 2005                    /s/ Leilani R. Toves Hernandez
                                              Deputy Clerk